938 A.2d 1015

**CHESTER–UPLAND SCHOOL DISTRICT, Appellant,**

v.

**PENNSYLVANIA DEPARTMENT OF EDUCATION, Gerald L. Zahorchak, Secretary of Education; and Michael J. Masch, Secretary of Budget, Appellees.**

Supreme Court of Pennsylvania.

Dec. 27, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of December, 2007, the Joint Application is hereby DISMISSED AS MOOT. *See* Opinion and Order at *Commonwealth of Pennsylvania, Dep't of Education v. Chester–Upland Special Board of Control et al.,* 2007 WL 4533427, 42 MAP 2007, 595 Pa. 426, 938 A.2d 1000 (2007).